

**FILED**

**NOV 06 2024**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Revised Complaint

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Anjelica R. James, as Trustee of the Anjelica R. James Living Trust,
Plaintiff,
v.
Instawork, Inc.,
Defendant.

Case No.: 1:24-cv-07816

### AMENDED COMPLAINT

### Introduction

Plaintiff, Anjelica R. James, as Trustee of the Anjelica R. James Living Trust, by and through this amended complaint, alleges as follows:

### Parties

1. **Plaintiff** is the trustee of the Anjelica R. James Living Trust, which is administered in Illinois, where Plaintiff is a citizen.
2. **Defendant, Instawork, Inc.,** is a corporation incorporated under the laws of [Defendant's State of Incorporation] with its principal place of business in [Defendant's Principal Place of Business State].

### Jurisdiction and Venue

3. This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a) because the amount in controversy exceeds $75,000, exclusive of interest and costs, and the parties are citizens of different states.
4. Venue is proper in this judicial district under 28 U.S.C. § 1391 because the events giving rise to the claim occurred within this district.

**Facts**

5. In April 2023, Plaintiff and Defendant entered into an agreement in which Plaintiff agreed to provide labor services through Defendant's platform.
6. Defendant breached the agreement by failing to compensate Plaintiff for a shift canceled at the last minute, failing to notify Plaintiff of additional shifts, denying Plaintiff access to a scheduled shift, and failing to resolve platform technical issues that prevented Plaintiff from clocking in, resulting in lost wages.

**Claim for Relief**

**Count 1 – Breach of Contract**

7. Plaintiff restates and incorporates by reference each of the preceding paragraphs.
8. Defendant's conduct, as described above, constitutes a breach of the parties' contract by:
    - Failing to compensate Plaintiff for canceled shifts;
    - Adding shifts to Plaintiff's schedule without notice, leading to penalties when Plaintiff could not work them;
    - Denying Plaintiff access to other scheduled shifts; and
    - Allowing technical issues on its platform to interfere with Plaintiff's ability to perform work and receive pay.
9. As a direct result of Defendant's breach, Plaintiff suffered damages in the form of lost wages, penalties, and harm to reputation. Plaintiff is entitled to compensation for these losses.

**Prayer for Relief**

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment against Defendant for:

A. Compensatory damages exceeding $75,000; B. Costs and fees incurred in bringing this action; and C. Any other relief the Court deems just and proper.

**Dated:** 11/06/2024

**Respectfully submitted,**

**Anjelica R. James**
**Trustee, Anjelica R. James Living Trust**
ajamesaccounting@yahoo.com